On Return From Remand
On March 2, 2001, we remanded this case in accord with Love v.Johnson, 775 So.2d 127 (Ala. 2000), for the trial court to enter an order stating its reasons for allowing the motion for a remittitur to be denied by operation of law. On remand, the trial court held a hearing on the excessiveness of the punitive-damages award. It then entered an order remitting the punitive damages from $250,000 to $60,000 and explaining the trial court's reasoning for that remittitur. After reviewing the order, the record, and the briefs in this case, we see no error in the trial court's ruling. The trial court's order is affirmed.
AFFIRMED.
Houston, See, Brown, Johnstone, Harwood, Woodall, and Stuart, JJ., concur.